UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>      Plaintiff,<br><br>  v.<br><br>KAUHN et al,<br><br>      Defendant. | Case Number: CV09-03015 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey E. Walker F-11343
California Men's Colony State Prison
Cell # 6157
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: February 26, 2010

                                              Richard W. Wieking, Clerk

                                              By: Barbara Espinoza, Deputy Clerk